J. S11031/19

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| PENNYMAC CORP. | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| LUNDES GARRETT, | : | No. 1553 EDA 2018 |
| | : | |
| Appellant | : | |

Appeal from the Order, April 23, 2018,
in the Court of Common Pleas of Monroe County
Civil Division at No. 8505-CV-2016

BEFORE:  SHOGAN, J., MURRAY, J., AND FORD ELLIOTT, P.J.E.

JUDGMENT ORDER BY FORD ELLIOTT, P.J.E.:          **FILED JULY 16, 2019**

Lundes Garrett appeals from the April 23, 2018 order entered by the Court of Common Pleas of Monroe County denying the following:

> (1) Defendant June Garrett's Petition to Strike Summary Judgment and Sheriff's Sale; (2) Defendant June Garrett's Petition to Intervene, Stay, and Set Aside Writ of Possession as to Non-Judgment Debtor Property; (3) Defendants Lundes Garrett and June Garrett's Petiton to Open and/or Strike Summary Judgment and Sheriff's sale, and New Matter; and (4) Defendant Lundes Garrett's Motion for Reconsideration.

Trial court statement, 7/13/18 at 1 n.1.  For the following reasons, we dismiss appellant's appeal.

The record reflects that following the entering of the trial court's April 23, 2018 order, appellant filed a timely notice of appeal to this court on May 21, 2018.  On May 25, 2018, the trial court ordered appellant to file a

concise statement of errors complained of on appeal pursuant to Pa.R.A.P. 1925(b). Appellant timely complied on June 12, 2018. The trial court filed a statement pursuant to Pa.R.A.P. 1925(a) on July 13, 2018.

In the present appeal, appellant raises 15 issues for our review. (**See** appellant's brief at 12-14.) Appellant devotes a majority of his argument to assail the mortgage foreclosure executed on the property at issue—a matter that has already been litigated before, and adjudicated by this court. **See JP Morgan Chase Bank v. Garrett**, 105 A.3d 791 (Pa.Super. 2014) (unpublished memorandum). We will not allocate any additional further judicial time or resources for appellant to continue to repeat arguments that have already been addressed by this court. Additionally, we bar appellant from continuing to raise either the same or related claims without leave of court. Pa.R.Civ.P. 233.1(c).

We, therefore, dismiss appellant's appeal without prejudice to appellee to seek relief from the trial court relating to costs incurred in defending this appeal.

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 7/16/19

- 2 -